ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com

CASEY SHPALL, ESQ.*
*Admitted Pro Hac Vice*
**GREENBERG TRAURIG, LLP**
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Email: shpallc@gtlaw.com

Counsel for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| JORDAN LYNCH, | CASE NO. 2:20-cv-00616-KJD-BNW |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 7-1, by and between Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. by and through their counsel of record, the law firm of Greenberg Traurig, LLP, and Plaintiff Jordan Lynch, by and through his counsel of record, the Wendt Law Firm, P.C., that the above-captioned action shall be dismissed with prejudice.

/ / /

/ / /

1

Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED**

Respectfully submitted on January 11, 2021.

| **WENDT LAW FIRM, P.C.** | **GREENBERG TRAURIG, LLP** |
|---|---|
| By: */s/ Samuel M. Wendt*  <br>SAMUEL M. WENDT, ESQ.*  <br>*Admitted Pro Hac Vice*  <br>sam@wendtlaw.com  <br>4717 Grand Avenue, Suite 130  <br>Kansas City, Missouri 64112  <br><br>PETER C. WETHERALL, ESQ.  <br>WETHERALL GROUP LTD.  <br>Nevada Bar No. 4414  <br>pwetherall@wetherallgroup.com  <br>9345 West Sunset Road, Suite 100  <br>Las Vegas, Nevada 89148  <br><br>*Counsel for Plaintiff* | By: */s/ Eric W. Swanis*  <br>ERIC W. SWANIS, ESQ.  <br>Nevada Bar No. 6840  <br>swanise@gtlaw.com  <br>10845 Griffith Peak Drive, Suite 600  <br>Las Vegas, Nevada 89135  <br><br>CASEY SHPALL, ESQ.*  <br>*Admitted Pro Hac Vice*  <br>GREENBERG TRAURIG, LLP  <br>1144 15th Street, Suite 3300  <br>Denver, Colorado 80202  <br>Telephone: (303) 572-6500  <br>Email: shpallc@gtlaw.com  <br><br>*Counsel for Defendants* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated this  14th  of January, 2021.

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

**CERTIFICATE OF SERVICE**

I hereby certify that on **January 12, 2021**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

*/s/ Shermielynn Irasga*
An employee of GREENBERG TRAURIG, LLP